Victor Montoya
5343 Aster Place,
Oakwood, GA, 30566

```
FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 16 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk
```

Re: Angely Katherine Godoy Gomez v. Victor Hugo Montoya Villa

Civil Action No: 2:22-CV-

139-RWS Preliminary injunction hearing on Tuesday, July 26th, 2022, at 2:00pm

Honorable Judge Richard W. Story,

First, I want to apologize for not being in your courtroom the Tuesday, July 26th, 2022, at 2:00pm. I had a confusion since I don't understand English.

The first page of the lawsuit said that I had 21 days to respond, and I did not see the Preliminary injunction hearing's notice on Tuesday, July 26th, 2022.

Honorable judge Richard W. Story, would like to object to the professional fees presented by the plaintiff's lawyers. It is an exaggerated figure considering the little time invested. By having to comply with the order to send my son Sebastian Montoya in such an unexpected manner, I incurred the cost of travel, clothing and other items necessary for his return.

I want you to please consider listening to me. I do not have an Attorney and I make this request so that you please give me the opportunity to defend myself before you.

Sincerely,

Victor Montoya